1 | MARC L. GODINO (#182689)
2 | CASEY E. SADLER (#274241)
  | **GLANCY BINKOW & GOLDBERG LLP**
3 | 1925 Century Park East, Suite 2100
  | Los Angeles, CA  90067
4 | Telephone: (310) 201-9150
  | Facsimile: (310) 201-9160
5 | E-mail: info@glancylaw.com

*Attorneys for Plaintiff David Takeda*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TAKEDA, on Behalf of Himself and All Other Persons Similarly Situated, | Case No. 2:13-cv-06656-PSG-JEM |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **STIPULATION REQUESTING THE COURT TO CONTINUE CLASS CERTIFICATION MOTION DEADLINES BY ONE MONTH (WHILE KEEPING ALL OTHER DEADLINES THE SAME**) |
| QUEST NUTRITION, LLC, and GENERAL NUTRITION CENTERS, INC., | |
| Defendants. | Judge: Hon. Philip S. Gutierrez |
| | Ctrm:  880 – Roybal Building |
| | Trial Date: April 7, 2015 |

Plaintiff David Takeda ("Plaintiff") and Defendants Quest Nutrition, LLC, and General Nutrition Centers, Inc. (together, the "Parties"), through their respective counsel, enter into the following stipulation to respectfully request Judge Philip Gutierrez to continue the class certification motion deadlines by one month, while all other deadlines in the case remain the same.

The reasons for the request are: (1) very extensive document discovery was recently made by Defendants after delays; and (2) settlement discussions have begun which, if they ended up being productive, would put class certification in a different context.

The stipulation is made in light of the following facts:

WHEREAS, this action was commenced on September 11, 2013. *See* Docket Entry #1;

WHEREAS, Plaintiff served requests for production of documents and interrogatories on December 23, 2013 and Defendants served written responses on January 22, 2014;

WHEREAS, on February 4, 2013, the Court (the Hon. Philip J. Gutierrez) set an initial schedule in this case whereby a motion for class certification was to be filed by July 2, 2014 and trial was set for February 3, 2015. *See* Docket Entry #17;

WHEREAS, on March 17, 2014, Judge Gutierrez ordered a continuation of all dates in this case by about two months, following a stipulated request by the Parties, such that the deadline for filing a class certification motion is currently September 3, 2014 and trial is set for April 7, 2015. *See* Docket Entry #25;

WHEREAS, on June 6, 2014, Plaintiff filed a motion to compel the production of discovery. *See* Docket Entry #26;

WHEREAS, following the filing of the motion to compel, counsel for Defendants filed two declarations with the Court explaining the reasons for the

delays in producing discovery. *See* Docket Entry ##29, 36;

WHEREAS, on July 3, 2014, Magistrate Judge John E. McDermott issued an order granting Plaintiff's motion to compel, deeming it not opposed substantively on the merits. Additionally, the Magistrate ordered that all of Defendants' document productions be completed by July 31, 2014, since "Plaintiff should not be prejudiced as to his class certification motion deadline of September 3, 2014, already delayed once, by Defendants' failure to act more expeditiously." *See* Docket Entry #37;

WHEREAS, on July 31, 2014, Defendants filed a declaration of counsel reporting to the Magistrate Judge on the status of electronic discovery, detailing efforts made in July, and estimating that the extensive electronic production would conclude by Friday, August 8. Docket Entry #38;

WHEREAS, with one reproduction disc left to go, 151,443 pages of documents have been electronically produced by Defendants;

WHEREAS, Plaintiff's counsel believe that, if the current September 3, 2014 deadline remains in place, they will not have sufficient time to review documents recently produced and to take certain depositions as they wish to do before filing their motion for class certification;

WHEREAS, the Parties have just begun discussions about possible settlement of the case on a Rule 23(b)(2) basis;

WHEREAS, if such a potential settlement were to be agreed upon and submitted to the Court for approval, a Rule 23(b)(2) class sought to be conditionally certified for settlement purposes would present the question of certification to the Court in a very different context (with fewer issues) than a disputed motion to certify a class under both Rule 23(b)(2) and Rule 23(b)(3);

WHEREAS, the Parties plan to explore the possibility of a settlement over the next few weeks; and

1  WHEREAS, counsel for the Parties believe that there is good cause for keeping all the other deadlines in the case the same as they are now but moving the class certification motion dates by about one month each and that such changed dates would be in the interest of justice and would not prejudice any party;

IT IS HEREBY STIPULATED that, in light of the above, the Parties request that the current class certification deadline be continued to October 6, 2014, the opposition deadline be continued to November 17, 2014, and the reply deadline continued to December 5, 2014, with the hearing to now take place on December 15 or 22, 2014, subject to the convenience of the Court.

IT IS SO STIPULATED.

Dated: August 14, 2014

**GLANCY BINKOW & GOLDBERG LLP**

By:  *s/Marc L. Godino*
     Marc L. Godino
     Casey E. Sadler
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

**SALMAS LAW GROUP**

By:  *s/Michael R. Hambly*
     George C. Salmas
     Michael R. Hambly
1880 Century Park East, Suite 611
Los Angeles, CA  90067
Telephone: (310) 556-0721
Facsimile: (310) 788-8923
E-Mail: gsalmas@salmas-law.com
E-Mail: mhambly@salmas-law.com

*Attorneys for Defendants Quest Nutrition, LLC and General Nutrition Centers, Inc.*

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1925 Century Park East, Suite 2100, Los Angeles, CA 90067.

On August 14, 2014, I served true copies of the following document(s) described as **STIPULATION REQUESTING THE COURT TO CONTINUE CLASS CERTIFICATION MOTION DEADLINES BY ONE MONTH (WHILE KEEPING ALL OTHER DEADLINES THE SAME)** on the interested parties in this action as listed on the Court's ECF Service List.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 14, 2014, at Los Angeles, California.

*s/Marc L. Godino*
Marc L. Godino