George C. Salmas (SBN 62616)
gsalmas@salmas-law.com
Michael R. Hambly (SBN 119834)
mhambly@salmas-law.com
SALMAS LAW GROUP
1880 Century Park East, Suite 611
Los Angeles, California 90067
Telephone: (310) 556-0721
Facsimile: (310) 788-8923

Attorneys for Defendants
QUEST NUTRITION, LLC and
GENERAL NUTRITION CENTERS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TAKEDA, on behalf of himself and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUEST NUTRITION, LLC, a California limited liability company; and GENERAL NUTRITION CENTERS, INC., a Delaware corporation,<br><br>Defendants. | **Case Number**<br>**2:13-cv-06656 PSG (JEMx)**<br>Hon. Philip S. Gutierrez<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANTS TO STAY OR DISMISS THE CASE PENDING FDA ACTION UNDER THE PRIMARY JURISDICTION DOCTRINE (MADE AS A MOTION FOR JUDGMENT ON THE PLEADINGS)**<br><br>**[Supporting Memorandum And Request For Judicial Notice Of FDA Materials Filed Concurrently]**<br><br>**Date: December 1, 2014**<br>**Time: 1:30 p.m.**<br>**Courtroom: 880**<br>**The Hon. Philip S. Gutierrez**<br><br>Action Filed: September 11, 2013<br>Trial Date: April 7, 2015 |
| | DEFENDANTS' PRIMARY JURISDICTION MOTION |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on December 1, 2014, or as soon thereafter as the matter can be heard by the Honorable Philip S. Gutierrez in Courtroom 880 of the above-referenced Court, Defendants Quest Nutrition, LLC ("Quest") and General Nutrition Centers, Inc. will, and hereby do, move for an order staying this case or dismissing it without prejudice in the discretion of the Court, pending action by the U.S. Food and Drug Administration ("FDA"), under the primary jurisdiction doctrine. In addition to the primary jurisdiction doctrine, this motion is made pursuant to Rule 12(c) of the Federal Rules of Civil Procedure as a motion for judgment on the pleadings based on the allegations in the Complaint (Docket No. 1) and FDA materials of which the Court can take judicial notice under Rule 201 of the Federal Rules of Evidence.

This motion is made on the grounds that (1) the Complaint's causes of action are based on alleged mislabeling and marketing of Quest protein bars in terms of their fiber and active carbohydrate contents due to the bars' use of the fiber isomalto-oligosaccharide ("IMO"); (2) in March 2014, the FDA published a proposed food labeling Rule that for the first time defines "dietary fiber," addresses dietary fiber in ways directly pertinent to this case, and mandates a citizen's petition process to have the FDA declare isolated non-digestible carbohydrates (such as IMO) to be dietary fiber; (3) the proposed Rule's public comment period ended on August 1, 2014; and (4) this case should be stayed (or dismissed without prejudice) under the primary jurisdiction doctrine until the proposed Rule becomes final and the FDA responds to a citizen's petition by Quest for a dietary fiber determination on IMO.

This Court should defer to the FDA's expertise in dealing with the labeling and measuring of fibers (such as IMO), benefit from such guidance, and not risk the possibility of entering a post-trial judgment inconsistent with FDA actions.

1  If the case is stayed, the parties could be requested to periodically update
2  the Court on the status of relevant FDA proceedings.
3  This motion is made following a meet-and-confer discussion between
4  counsel for the parties pursuant to Local Rule 7-3 which took place on Friday,
5  September 12, 2014.
6  As of the day this motion is being efiled, the earliest available date for a
7  hearing on the Court's calendar is December 1, 2014.  Defendants request that, if a
8  hearing date in November opens up, this motion be rescheduled by the Court for
9  hearing on that earlier date.
10  This motion is based on this Notice of Motion and Motion, the
11  concurrently-filed Memorandum of Points and Authorities, the concurrently-filed
12  Request For Judicial Notice Of FDA Materials (And Declaration Of George C.
13  Salmas) and its attached exhibits consisting of FDA-issued documents, a lodged
14  [Proposed] Order (a copy of which is attached hereto), the records and papers on
15  file in this action, and such further evidence and argument of counsel as may be
16  submitted prior to the Court's decision on the motion.

Dated: September 26, 2014                    Respectfully submitted,

                                             George C. Salmas
                                             Michael R. Hambly
                                             SALMAS LAW GROUP

                                             By: /s/: *Michael R. Hambly*
                                                  Michael R. Hambly

                                             Attorneys for Defendants
                                             QUEST NUTRITION, LLC
                                             and GENERAL NUTRITION
                                             CENTERS, INC.

3 | DEFENDANTS' PRIMARY JURISDICTION MOTION