NOTE CHANGES MADE BY THE COURT

LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
MARC L. GODINO (#182689)
CASEY E. SADLER (#274241)
**GLANCY BINKOW & GOLDBERG LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

E-FILED 12/4/14
JS-6

*Attorneys for Plaintiff David Takeda*

[Additional Counsel Listed On Signature Page]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TAKEDA, on behalf of himself and all other persons similarly situated,<br><br>               Plaintiff,<br><br>    v.<br><br>QUEST NUTRITION, LLC, a California limited liability company; and GENERAL NUTRITION CENTERS, INC., a Delaware corporation,<br><br>               Defendants. | **Case Number**<br>**2:13-cv-06656 PSG (JEMx)**<br><br>Hon. Philip S. Gutierrez<br><br>**STIPULATED DISMISSAL OF ACTION WITH PREJUDICE ; ORDER**<br>**[Fed.R.Civ.P. 41(a)]**<br><br><br>Action Filed: September 11, 2013 |

1  WHEREAS, on September 11, 2013, Plaintiff David Takeda ("Plaintiff") filed this action on behalf of himself and all other persons similarly situated against Defendants Quest Nutrition, LLC and General Nutrition Centers, Inc.  ("Defendants") (together, the "Parties"); and

WHEREAS, in March 2014, the U.S. Food and Drug Administration issued proposed new regulations that clarified its position on several matters that impact the lawsuit David Takeda filed against Quest Nutrition and, because of this, Mr. Takeda has decided to drop his case; and

WHEREAS, no class has been certified so, (as per Fed. R. Civ. P. 23(e)), judicial approval is not required for voluntary dismissal;

IT IS HEREBY STIPULATED by and between the Parties to this action through their undersigned counsel that Plaintiff's Complaint and all claims for relief alleged therein in Plaintiff's individual capacity and not on behalf of any class he is alleged to represent, shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).  Plaintiff and Defendants shall each bear their own costs and fees.  Pursuant to Rule 41(a)(1)(A), this stipulated dismissal will be effective immediately upon filing without the need for a Court order.

DATED:  December 1, 2014                **GLANCY BINKOW & GOLDBERG LLP**

By:   *s/Marc L. Godino*
        Marc L. Godino
        Casey E. Sadler
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

*Attorneys for Plaintiff David Takeda*

**SALMAS LAW GROUP**

By:   *s/Michael R. Hambly*
        George C. Salmas
        Michael R. Hambly

1

|   |   |
|---|---|
| 1 | 1880 Century Park East, Suite 611 |
| 2 | Los Angeles, CA  90067 |
|   | Telephone: (310) 556-0721 |
| 3 | Facsimile: (310) 788-8923 |
|   | E-Mail: gsalmas@salmas-law.com |
| 4 | E-Mail: mhambly@salmas-law.com |

*Attorneys for Defendants Quest Nutrition, LLC and General Nutrition Centers, Inc.*

**IT IS SO ORDERED.**

DATED: __12/4/14__

_____
**U.S. DISTRICT JUDGE**

---

2

292789.1 QUESTBAR           STIPULATION DISMISSING ACTION WITH PREJUDICE